**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **YAZID SAJIID EL,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **No. 3:25-CV-00828** |
| **EXETER FINANCE LLC, and** | ) | |
| **OLD SALEM, INC., dba STATE** | ) | |
| **TOWING RECOVERY,** | ) | |
| **Defendants.** | ) | |

## ORDER

Before the Court are two Reports and Recommendations ("R&Rs") entered by Magistrate Judge Jeffery Frensley issued on June 25, 2026. (Doc. Nos. 23, 24).

The first R&R recommends that the Defendant Exeter Finance LLC's ("Exeter") Motion to Dismiss be granted, the claims against Exeter be dismissed, and leave to amend be denied as futile. (Doc. No. 23 at 17). The second R&R also recommends that Plaintiff Yazid Sajiid El's ("El") Motion for Extension of Time to Serve Second Amended Complaint (Doc. No. 22) be denied and the action be dismissed without prejudice as to Defendant Old Salem Inc. dba State Towing Recovery ("Salem") for lack of proper service. (Doc. No. 24).

The R&Rs notified the parties that any objections must be filed within fourteen days. (Doc. No. 23 at 17 & Doc. No. 24 at 1-2). The deadline has passed and neither party has filed any objections. Given that El has lodged no objections to either R&R, the Court need only review both for clear error. Fed. R. Civ. P. 72(b) advisory committee note of 1983 ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.").

The Court has reviewed the R&Rs and finds no clear error. The Court agrees with the Magistrate Judge that dismissal is the proper remedy and accepts the Magistrate Judge's recommendations. Accordingly, the Court **ADOPTS** the R&Rs (Doc. Nos. 23, 24) in their entirety. Exeter's motion to dismiss is **GRANTED**. The complaint against Exeter is therefore **DISMISSED** and leave to amend is **DENIED**. El's Motion for Extension of Time is also **DENIED** and all claims as to Defendant Salem are **DISMISSED WITHOUT PREJUDICE**.

As this Order disposes of all remaining claims and all parties, this case is **DISMISSED**. The clerk shall close the file.

IT IS SO ORDERED

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE